**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRAYAN STEVEN RIVERA COLATO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01632-DB** |
| | § | |
| **MICHAEL WALKING**, *Warden of Camp* | § | |
| *East Montana*, *et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court *sua sponte* considered the above-captioned case. On June 12, 2026, Petitioner Brayan Steven Rivera Colato ("Petitioner") filed an "Application to Proceed in District Court Without Prepaying Fees or Costs," ECF No. 1. Thereafter, the Court issued an order granting Petitioner leave to proceed *in forma pauperis* ("IFP"). *See* ECF No. 2. However, because the Court found Petitioner failed to plead sufficient facts demonstrating he is being held in violation of the Constitution or the laws of the United States, the Court ordered Petitioner to either: (1) amend his Petition such that a viable claim for habeas relief is established; or (2) hire an attorney to represent him in this matter and file an amended Petition on his behalf. *See* ECF No. 5. To date, Petitioner has yet to file an amended Petition.

Accordingly, **IT IS HEREBY ORDERED** Petitioner's "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241," ECF No. 3, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** the District Clerk's Office **SHALL MAIL** a copy of this order to Petitioner's address on file.

**SIGNED** this **5th** day of **September 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**